United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                           Case No. 2:23-cr-150

Kameron E. Tolbert

---

COURTROOM MINUTES
Sentencing

| U.S. District Chief Judge Algenon L. Marbley | | Date:   December 21, 2023 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Emily Czerniejewski and Jennifer Rausch |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Rosana Brown |
| Interpreter: |  | Pretrial/Probation: | Devin Sprankel |

Defendant sentenced to two hundred four (204) months of incarceration on Count 1 of the Information and one hundred twenty (120) months of incarceration on Count 2 of the Information, to be served concurrently.

Defendant sentenced to fifteen (15) years of supervised release on Count 1 of the Information and fifteen (15) years of supervised release on Count 2 of the Information, to run concurrently.

Forfeiture ordered as set forth in the Forfeiture Allegation of the Information; no fine imposed; restitution ordered in the amount of $3,019; $200 special assessment applied.

Defendant remanded to the custody of the USMS.